Cristian L Peirano
Peirano and Associates Inc.
1616 E 4th St Ste 210
Santa Ana, CA 92701-5145
Tel: 714-881-5985
Email: ecf@peiranolaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reuben Nathan, et al., <br>                Plaintiff(s) <br> v. <br><br> Los Angeles Times Communications, LLC, <br><br>                Defendant(s). | CASE NUMBER <br><br> 8:19-cv-02435-DOC-JDE <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Smith, Taylor T.
*Applicant's Name (Last Name, First Name & Middle Initial)*
720-907-7628          303-927-0809
*Telephone Number*     *Fax Number*
tsmith@woodrowpeluso.com
*E-Mail Address*

of   Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Plaintiff Reuben Nathan

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

and designating as Local Counsel

Peirano, Cristian L.
*Designee's Name (Last Name, First Name & Middle Initial)*
213592               714-881-5985
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
ecf@peiranolaw.com
*E-Mail Address*

of   Peirano and Associates Inc.
1616 E 4th St Ste 210
Santa Ana, CA 92701

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
    ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:  ☐ be refunded  ☐ not be refunded.

_____
**U.S. District Judge/U.S. Magistrate Judge**

Dated: Click here to enter a date.