| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | CLEAR FORM |
|---|---|---|
| Cristian L. Peirano<br>Peirano & Associates, Inc.<br>1616 E. 4th Street, Suite 210<br>Santa Ana, CA 92701 | | |
| ATTORNEY(S) FOR: | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Reuben Nathan, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:19-cv-02435-DOC-JDE |
| v. | |
| Los Angeles Times Communications, LLC | CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff Nathan and the alleged class
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Woodrow & Peluso, LLC | Counsel for Plaintiff and the alleged class |
| Peirano & Associates, Inc. | Counsel for Plaintiff and the alleged class |

20/12/2019
Date

/s/ Cristian Peirano
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES