Civil Action No. SACV19-2435 DOC(JDEx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Los Angeles Times Communications, LLC was received by me on *(date)* 01/03/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Gabriela Sanchez, CT Corpotion System , who is designated by law to accept service of process on behalf of *(name of organization)* Los Angeles Times Communica 818 West Seventh Street, Suite 930 Los Angeles, CA 90017 on *(date)* 01-07-2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/07/2020

*Server's signature*

Nicolas Mesinas
*Printed name and title*

Inservio3
18013 Sky Park Circle, Suite C
Irvine CA 92614
(949) 777-5496
*Server's address*

Additional information regarding attempted service, etc: