# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN NATHAN<br><br>Plaintiff(s),<br><br>v.<br><br>LOS ANGELES TIMES COMMUNICATIONS, LLC.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:19–cv–02435–DOC–JDE<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   1/21/2020

Document Number(s):   17

Title of Document(s):   Proof of service summons and complaint

**ERROR(S) WITH DOCUMENT:**

Title page is missing.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 22, 2020                By:  /s/ *Trina Debose  714–338–4568*
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**