# UNITED STATES DISTRICT COURT     JS-6
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 19-2435-DOC-JDE                    Date: March 17, 2020

Title: REUBEN NATHAN v. LOS ANGELES TIMES COMMUNICATIONS, LLC

PRESENT: THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **GRANTING DEFENDANT'S MOTION TO STAY [20]**

On February 25, 2020, Defendant Los Angeles Times Communications, LLC filed a Motion to Stay Case ("Motion") (Dkt. 20); at the time of writing, no opposition has been filed against the Motion. Because the forthcoming ruling from the FCC defining "automatic telephone dialing system" and the pending case before the Supreme Court (*American Association of Political Consultants, Inc. v. FCC*) are potentially dispositive of this action, the Court orders that this case be STAYED until both of these decisions have been rendered. (The Court does not stay the case based on the pending petition for certiorari in *Duguid v. Facebook*. Should certiorari be granted, however, the parties may file additional briefing as to whether a further stay, pending resolution of *Duguid*, would be necessary or advisable in this matter.)

MINUTES FORM 11                                              Initials of Deputy Clerk: kd

CIVIL-GEN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. SA CV 19-2435-DOC-JDE | Date: March 17, 2020 |
| | Page 2 |

      The parties shall notify the Court within thirty days of a decision from the FCC or Supreme Court (whichever is later) and request that the case be reopened.

      The Clerk shall serve this minute order on the parties.